**PLACEHOLDER FOR HSD**

Paper Document Maintained in the Clerk's
Office Vault/Secure Room